Arnold R. Levinson (SBN 066583)
Rebecca Grey (SBN 194940)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, Thirty-First Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile:  (415) 433-4816

Attorneys for Plaintiff
RONALD REYNOLDS


Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile:  (415) 837-0127

Attorneys for Defendants
UNION SECURITY INSURANCE COMPANY;
UNION SECURITY LIFE INSURANCE
COMPANY OF NEW YORK;
and KAYE SCHOLER LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REYNOLDS, | Case No.  C 06-06216 SI |
| Plaintiff, | |
| v. | **STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE; [Proposed] ORDER** |
| UNION SECURITY INSURANCE COMPANY; UNION SECURITY LIFE INSURANCE COMPANY OF NEW YORK; KAYE SCHOLER LONG TERM DISABILITY INSURANCE PLAN; and DOES 1 through 20, inclusive, | |
| Defendants. | |

Stipulation Continuing Case Management Conference; [Proposed] Order - Case No. C 06-06216 SI

WHEREAS, the Case Management Conference in this matter is currently set for January 12, 2007; and

WHEREAS, the hearings on Defendants' Motions to Dismiss are set for February 9, 2007 at 9:00 a.m.;

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the Case Management Conference be continued from January 12, 2007 to February 9, 2007 at 9:00 a.m., and that the deadlines set forth in the Order Setting Initial Case Management Conference be continued accordingly.

DATED: December 20, 2006

PILLSBURY & LEVINSON, LLP

By: /s/ Rebecca Grey
    Arnold R. Levinson
    Rebecca Grey

Attorneys for Plaintiff
RONALD REYNOLDS

DATED: December 20, 2006

GREEN & HUMBERT

By: /s/ Joanne M. Ryan
    Horace W. Green
    Joanne M. Ryan

Attorneys for Defendants
UNION SECURITY INSURANCE COMPANY; UNION SECURITY LIFE INSURANCE COMPANY OF NEW YORK; and KAYE SCHOLER LONG TERM DISABILITY PLAN

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

DATE: December 20, 2006    By: /s/ Joanne M. Ryan

**ORDER**

IT IS HEREBY ORDERED that the Case Management Conference set for January 12, 2007 is continued to February 9, 2007 at 9:00 a.m. The parties shall file a Joint Case Management Statement by February 2, 2007, and the other deadlines set forth in the Order Setting Initial Case Management Conference are continued accordingly.

DATED:

_____
SUSAN ILLSTON
United States District Judge