IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REYNOLDS, | No. C 06-06216 SI |
| Plaintiff, | **ORDER VACATING HEARING** |
| v. | |
| FORTIS BENEFITS INSURANCE COMPANY, et al., | |
| Defendants. / | |

    Hearing on defendants' motion to dismiss or transfer for improper venue, or in the alternative to transfer for convenience, and defendants' motion to dismiss plaintiff's second and third claims for relief, is currently scheduled for February 9, 2007.  Having considered the papers submitted, the Court determines that this matter is appropriate for resolution without oral argument and, pursuant to Civil Local Rule 7-1(b), hereby VACATES the February 9, 2007 hearing.  An order on defendants' motions will issue shortly.

**IT IS SO ORDERED.**

Dated: February 8, 2007

SUSAN ILLSTON
United States District Judge