IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REYNOLDS, | No. C -06-6216 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| FORTIS BENEFITS INC., | |
| Defendant. / | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>June 29, 2007</u> at <u>2:30 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>August 17, 2007</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>August 17, 2007</u>;

Opp. Due <u>August 31, 2007</u>; Reply Due <u>September 7, 2007</u>;

and set for hearing no later than <u>September 21, 2007</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>October 23, 2007</u> at <u>3:30 PM</u>.

COURT TRIAL DATE: <u>November 5, 2007</u> at <u>8:30 AM.</u>,
Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be <u>three</u> days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties shall complete a private mediation session by the end of April 2007.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:

_Susan Illston_
SUSAN ILLSTON
United States District Judge