Arnold R. Levinson (SBN 066583)
Rebecca Grey (SBN 194940)
PILLSBURY & LEVINSON, LLP
The Transamerica Pyramid
600 Montgomery Street, Thirty-First Floor
San Francisco, California 94111
Telephone: (415) 433-8000
Facsimile: (415) 433-4816

Attorneys for Plaintiff
RONALD REYNOLDS

Horace W. Green (SBN 115699)
C. Mark Humbert (SBN 111093)
Joanne M. Ryan (SBN 199193)
GREEN & HUMBERT
220 Montgomery Street, Suite 438
San Francisco, California 94104
Telephone: (415) 837-5433
Facsimile: (415) 837-0127

Attorneys for Defendants
UNION SECURITY INSURANCE COMPANY;
UNION SECURITY LIFE INSURANCE
COMPANY OF NEW YORK;
and KAYE SCHOLER LONG TERM
DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD REYNOLDS,<br><br>Plaintiff,<br><br>v.<br><br>UNION SECURITY INSURANCE COMPANY; UNION SECURITY LIFE INSURANCE COMPANY OF NEW YORK; KAYE SCHOLER LONG TERM DISABILITY INSURANCE PLAN; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. C 06-06216 SI<br><br>**STIPULATION TO AND ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

---

Stipulation to and Order of Dismissal of Action with Prejudice - Case No. C 06-06216 SI

1    IT IS HEREBY STIPULATED by and between the parties, through their
2    respective counsel, that this case be dismissed with prejudice as to all parties, each
3    party to bear their own attorney's fees and costs of suit.

5    DATED: April 26, 2007

                                              PILLSBURY & LEVINSON, LLP

                                              By: _____
                                                   Arnold R. Levinson
                                                   Rebecca Grey

                                              Attorneys for Plaintiff
                                              RONALD REYNOLDS

11   DATED: April 30, 2007

                                              GREEN & HUMBERT

                                              By: _____
                                                   Horace W. Green
                                                   Joanne M. Ryan

                                              Attorneys for Defendants
                                              UNION SECURITY INSURANCE
                                              COMPANY; UNION SECURITY LIFE
                                              INSURANCE COMPANY OF NEW YORK;
                                              and KAYE SCHOLER LONG TERM
                                              DISABILITY PLAN

## ORDER

21   IT IS SO ORDERED.

23   DATED:

                                              _____
                                              SUSAN ILLSTON
                                              United States District Judge